■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SALVATORE PENNINO, Respondent.— In a *coram nobis* proceeding, the People appeal from an order of the Supreme Court, Kings County, entered March 11, 1963, which granted after a hearing defendant's application to vacate a judgment of the former County Court, Kings County, rendered June 9, 1952 on his plea of guilty, convicting him of selling narcotic drugs (Penal Law, § 1751), and imposing sentence. Order reversed on the law and the facts; application denied; and judgment of conviction reinstated. The finding that defendant's plea of guilty on April 28, 1952 was coerced is against the weight of the evidence. Defendant does not claim that he did not commit the crime to which he pleaded guilty. He did not state, at the time of his guilty plea, that he wanted to go to trial; his position was that although he wanted to plead guilty, he also wanted to make as good a bargain as he could with respect to sentence. He finally pleaded guilty only after a number of conferences between him and his retained counsel. Moreover, during the 10 years which have elapsed between the date of his plea on April 28, 1952 and this pending *coram nobis* application begun in March, 1962, the defendant never complained to anybody about any coercion. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ PAULINE JOHNSON, as Administratrix of the Estate of JAMES JOHNSON, Deceased, Respondent, v. ERNEST RIEGER, JR., et al., Copartners Doing Business as SOUTH SHORE PLATING CO., Appellants, and HAROLD BLASS, Respondent.— In an action to recover damages for wrongful death, the defendants Rieger and Peavey appeal from an order of the Supreme Court, Kings County, dated April 16, 1963, which denied their motion to serve an amended answer so as to deny their ownership, operation, management and control of premises on which plaintiff's husband received the injuries causing his death. Order affirmed, with $10 costs and disbursements to plaintiff (see *Drescher* v. *Mirkus,* 211 App. Div. 763; *Lentini* v. *St. Vincent's Hosp.,* 19 A D 2d 652). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.